IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY TAYLOR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WANDA LIGHTNER, )<br>)<br>Respondent. ) | Civil Action No. 14-00156-WS-N |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 20, 2015, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 27th day of May, 2015.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**