# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY TAYLOR, ) | |
| ) | |
|    Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 14-00156-WS-N |
| ) | |
| WANDA LIGHTNER, ) | |
| ) | |
|    Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this Court may not consider the petition filed by Jeffery Taylor due to untimeliness. *See* 28 U.S.C. § 2254. As such, the petition is due to be and is hereby **DISMISSED**. Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal *in forma pauperis*.

**DONE** this the 27th day of May, 2015.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**